Zachary Nightingale (California Bar # 184501)
Lorena C. Castillo (California Bar # 349604)
Van Der Hout LLP
360 Post St., Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
ndca@vblaw.com

*Attorneys for Petitioner-Plaintiff*
Viengkhone SIKEO

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Viengkhone SIKEO,<br><br>　　　　Petitioner-Plaintiff,<br><br>　　v.<br><br>Sergio ALBARRAN, Acting Field Office Director of San Francisco Office of Detention and Removal, U.S. Immigrations and Customs Enforcement; U.S. Department of Homeland Security;<br><br>Todd M. LYONS, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security;<br><br>Kristi NOEM, in her Official Capacity, Secretary, U.S. Department of Homeland Security; and<br><br>Pam BONDI, in her Official Capacity, Attorney General of the United States.<br><br>　　　　Respondents-Defendants. | Case No.: 1:25-cv-01505-KES-HBK<br><br>**STIPULATION TO A PROPOSED BRIEFING SCHEDULE FOR PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER; ORDER** |

**STIPULATION TO A PROPOSED BRIEFING SCHEDULE FOR PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER; ORDER**
1:25-cv-01505-KES-HBK

On November 6, 2025, Petitioner filed a petition for writ of habeas corpus and a motion for temporary restraining order ("TRO"). Dkt. 1, 2. On November 10, 2025, Petitioner filed an amended TRO. Dkt. 6. Petitioner and Respondents have conferred and stipulate to the following:

1. To provide the parties with additional time to respond to the issues raised by Petitioner in his amended TRO, the parties request the Court to approve the following proposed schedule: Respondent's response to the TRO is due November 17, 2025, and Petitioner's reply is due on November 19, 2025.

IT IS SO STIPULATED.

Dated: November 12, 2025,                    /s/ Lorena C. Castillo
                                             Lorena C. Castillo
                                             Zachary Nightingale
                                             Attorneys for Petitioner


Dated: November 12, 2025,                    /s/ Joshua Banister
                                             Assistant United States Attorney
                                             Attorney for Respondents



**ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED that Respondent's response to the TRO is due November 17, 2025, and Petitioner's reply is due on November 19, 2025.

IT IS SO ORDERED.

Dated:   November 13, 2025

                                             UNITED STATES DISTRICT JUDGE


**STIPULATION TO A PROPOSED BRIEFING SCHEDULE FOR PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER; ORDER**
1:25-cv-01505-KES-HBK

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO A PROPOSED BRIEFING SCHEDULE FOR PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER; ORDER**
1:25-cv-01505-KES-HBK